UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| BRANDON L. MAYHAN, | : | Case No. 2:25-cv-522 |
| | : | |
| Plaintiff, | : | |
| | : | District Judge Douglas R. Cole |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| JEFFREY BALZER, *et al*. | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

This case is before the Court upon Plaintiff's Motion for Extension of Time.  (Doc. #11).  Plaintiff requests additional time to file completed summons and U.S. Marshal forms.  *Id.*

On August 15, 2025, the undersigned ordered Plaintiff to submit to the Court completed summons and U.S. Marshal forms for all Defendants within thirty (30) days of the date of the Order.  (Doc. #9).  Plaintiff did not comply with the Court's Order.  On October 2, 2025, the undersigned ordered Plaintiff to show cause by November 3, 2025, why the Court should not dismiss his claims for failure to prosecute.  (Doc. #10).  In the alternative, Plaintiff could submit to the Court the completed summons and U.S. Marshal forms for all Defendants by November 3, 2025.  *Id.*

In his Motion, Plaintiff requests additional time to file completed summons and U.S. Marshal forms.  *Id.*  Plaintiff explains that he is currently incarcerated and his mother, who is terminally ill, is assisting him with this case.  *Id.*  He needs additional time to submit the completed summons and U.S. Marshal forms because he and his mother must mail paperwork back and forth,

and his mother is currently in the hospital. *Id.* Plaintiff does not specify how much additional time is needed to comply with the Court's Order.

For good cause shown, Plaintiff's Motion for Extension of Time (Doc. #11) is hereby **GRANTED**. Plaintiff is **ORDERED** to submit to the Court completed summons and U.S. Marshal forms for all Defendants by **December 4, 2025.** For his convenience, the Clerk of Court is **DIRECTED** to send Plaintiff blank summons and U.S. Marshal forms for all Defendants along with this Order. Upon receipt of the completed summons and U.S. Marshal forms, the Court **ORDERS** service of process by the United States Marshal in this case as directed by Plaintiff.

Plaintiff is **ADVISED** that his failure to properly comply with this Order will result in a Report and Recommendation to the District Judge that Plaintiff's claims against all Defendants be dismissed for lack of prosecution. *Link v. Wabash R.R.*, 370 U.S. 626, 630-31 (1962); *see also Jourdan v. Jabe*, 951 F.2d 108, 109 (6th Cir. 1991).

**IT IS SO ORDERED.**

November 4, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge