# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRANDON L. MAYHAN, | : | Case No. 2:25-cv-522 |
| Plaintiff, | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| JEFFREY BALZER, *et al.*, | : | |
| Defendants. | : | |

---

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

---

You are hereby notified that Defendants Delaware County Sherrif Balzer and former Delaware County Sheriff Russell Martin; Corrections Officers Nathaneal Deskins, Shawn Salyer, Christopher Burns, Kyle Hall, Michael Roehrenbeck, Gregory Hahn, Amy Foley, and former Corrections Officer Thomas Presley; and Corrections Sergeants Amber Shonebarger, Shauna Robinson, Scott Burton, and Amethyst Frost filed a Motion to Dismiss on January 2, 2026. (Doc. #17). You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **January 26, 2026**. *See* S.D. Ohio Civ. R. 7.2(a). If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case against these Defendants dismissed.

January 5, 2026
_____

*s/Peter B. Silvain, Jr.*
_____
Peter B. Silvain, Jr.
United States Magistrate Judge