# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BRANDON L. MAYHAN, | : | Case No. 2:25-cv-522 |
| | : | |
| Plaintiff, | : | |
| | : | District Judge Douglas R. Cole |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| JEFFREY BALZER, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

This case is before the Court upon Plaintiff Brandon L. Mayhan's Motion for Extension of Time. (Doc. #24). Plaintiff requests a 45-day extension of time to respond to Defendants' Motion to Dismiss. *Id.*

For good cause shown, Plaintiff's Motion for Extension of Time (Doc. #24) is hereby **GRANTED**. Accordingly, Plaintiff's response to Defendants' Motion to Dismiss (Doc. #17) is due on or before **March 12, 2026**.

**IT IS SO ORDERED.**

February 2, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge